**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

RALPH KERMIT WINTERROWD 2nd,
    Plaintiff,

Case Number 3:06-cv-00041-TMB

v.

MARC OKULEY,
    Defendant.   **JUDGMENT IN A CIVIL CASE**

_ **JURY VERDICT**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X  **DECISION BY COURT**. This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT this action is DISMISSED without prejudice.

APPROVED:

s/Timothy M. Burgess
United States District Judge

Date: March 7, 2006

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

Ida Romack, Clerk of Court

[]{JMT2.WPT*Rev.3/03}